**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**RE: Patrick E Timberlake   XXX-XX-7296**                                  Case No. 22-33406-KLP
   **Stefanie Walker Timberlake   XXX-XX-9389**

**<u>DIRECTIVE FOR VOLUNTARY PAYMENTS BY DEBTOR</u>**

The Debtor(s) having filed a petition under Chapter 13, Title 11 U.S.C. or converted this case from Chapter 7;

IT IS DIRECTED;

That commencing immediately and continuing on the **<u>30th</u>** day of each and every month thereafter until further Directive from the Trustee, the Debtor(s) shall pay to **Carl M. Bates, Trustee**, and send to **Chapter 13 Trustee, PO Box 1433, Memphis, TN  38101-1433**, the sum of **<u>$1,615.00 monthly</u>**. The payment should include the debtor's name and case number above.

THIS DIRECTIVE IS ENTERED PURSUANT TO GENERAL ORDER NO. 04-1 OF THE UNITED STATES BANKRUPTCY COURT.

Dated:  **<u>December 29, 2022</u>**

                                                                        **<u>/S/ Carl M. Bates</u>**
                                                                        Carl M. Bates, Trustee
                                                                        Eastern District of Virginia, Richmond Division

   The Trustee does hereby certify that a copy of this Directive was mailed to the Debtor and electronically sent to Debtor's counsel on the date above written.

                                                                        **<u>/S/ Carl M. Bates</u>**
                                                                        Carl M. Bates, Trustee